THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTODORA HOUSE, Respondent, *v.* WILLIAM S. MILLER et al., Constituting the Board of Taxes and Assessments in the City of New York, Appellants. (Three proceedings.)

Argued May 26, 1938; decided July 7, 1938.

*William C. Chanler*, Corporation Counsel (*Oscar S. Cox* and *Milton I. Newman* of counsel), for appellants.

*George E. Cleary* and *Sidney D. Krystal* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.